AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| TARSHA THOMAS, KENYA THOMAS, VINCENT LAYDEN, and SHAWNDA THOMAS <br><br> *Plaintiff(s)* <br> v. <br><br> THE CITY OF NEW YORK, DETECTIVE KIRK S. FERNANDES, SHIELD #2531, POLICE OFFICERS JOHN/JANE DOE(S) #s 1-10, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 15cv2569 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  THE CITY OF NEW YORK, 100 Church Street, New York, New York 10007
DETECTIVE KIRK S. FERNANDES, SHIELD # 2531, 75th Precinct, 1000 Sutter Avenue, Brooklyn, NY 11208
POLICE OFFICERS JANE/JOHN DOE(S), 1 Police Plaza, New York, New York 10038

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    David Zelman, Esq.
612 Eastern Parkway
Brooklyn, NY 11225

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



DOUGLAS C. PALMER
*CLERK OF COURT*

Date:  5/6/2015                           s/Priscilla Bowens
                                          *Signature of Clerk or Deputy Clerk*