**LAW OFFICE OF DAVID A. ZELMAN**
612 Eastern Parkway
Brooklyn, New York 11225
(718) 604-3072
Fax (718) 604-3074

October 13, 2015

**BY E.C.F.**
Honorable Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

     Re:  <u>Tarsha Thomas et. al. v. The City of New York et al.</u>,
        15-CV-2569 (BMC)

Your Honor:

  I am the attorney for the plaintiff in the above referenced matter. I write to apprise the Court that as of today, this matter is settled. Ms. Hoffman requested until the end of the week to send this office closing documentation.

  Thank you for your consideration.

                Respectfully Submitted,

                /s

                David Zelman

cc:  Beth Hoffman, Esq. (By ECF)
    Mary L. Bejarano, Esq. (via email)